UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L3C ALDEN PARK APARTMENTS, LLC, Plaintiff | : : : : | |
| v. | : : | No. 22-cv-4893 |
| KATRINA GARNER, Defendant. | : : : | |
| KATRINA GARNER, Plaintiff, | : : : : | |
| v. | : : | No. 22-cv-5129 |
| L3C ALDEN PARK APARTMENTS, LLC, Defendant. | : : : : | |

# O R D E R

**AND NOW**, this 27th day of December, 2022, upon consideration of Plaintiff Katrina Garner's Motions to Proceed *In Forma Pauperis* (Civil Action 22-5129, ECF No. 1; Civil Action 22-4893, ECF No. 1), *pro se* Complaint (Civil Action 22-5129, ECF No. 2), and Notice of Removal (Civil Action 22-4893, ECF No. 2); and for the reasons set forth in the Opinion issued this date; it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint in Civil Action 22-5129 and Notice of Removal in Civil Action 22-4893 are **DEEMED** filed.

3. Civil Action 22-5129 is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Opinion.

4. Civil Action 22-4893 is **REMANDED** to the Philadelphia Municipal Court (Docket No. LT-22-07-11-3530) for the reasons in the Court's Opinion.

5. The Clerk of Court is directed to **PROMPTLY SEND** a certified copy of this Order to the Prothonotary of the Philadelphia Municipal Court.

6. The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge